# Court of Appeals
# of the State of Georgia

ATLANTA,  July 03, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1552. JOE DURHAM v. JASON SMITH, et al**

In this civil action, Joe Durham filed this direct appeal from the trial court's order awarding OCGA § 9-15-14 (a) and (b) attorney fees to defendant Brandon Classon.[1] We lack jurisdiction.[2]

An appeal from a trial court order awarding OCGA § 9-15-14 attorney fees must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (10), (b); *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

---

[1] Although Classon also sought attorney fees under OCGA § 9-11-11.1, the trial court specifically did not award fees under that statute.

[2] In his notice of appeal, Durham states he is also seeking to appeal a September 14, 2023 order denying his motion to disqualify Watson Spence, LLP from serving as counsel for Classon, to strike all filings by Watson Spence, and for attorney fees. However, Durham sought and was denied a certificate of immediate review of that interlocutory order.

Consequently, Durham's failure to follow the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Capricorn Systems*, 253 Ga. App. at 842.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,__07/03/2024_____*
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.